UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Steven B Ehrlich
           Plaintiff,           CIVIL ACTION
                                                NO.  04-10405-PBS
      v.

Columbia Acorn fund , et al
           Defendants.

### ORDER

**SARIS, U.S.D.J.**                                                                                April 15, 2004

     The Court orders that Electronic Case Filing is mandatory in this action as of May 6, 2004.  For information as to how to enroll, check the Court's web site at http://www.mad.uscourts.gov/CaseInfo/CM_ECF.htm.  Courtesy paper copies of all electronically filed dispositive motions and attachments shall be filed and plainly marked "courtesy copy".

                                                                                /s/ Patti B. Saris
                                                                      United States District Judge

Copies to:  All Counsel