# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 5, 2004

Honorable J. Frederick Motz
U.S. District Judge
510 Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Honorable Andre M. Davis
United States District Judge
5B Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Honorable Frederick P. Stamp, Jr.
United States District Judge
Post Office Box 791
Wheeling, WV 26003-0100

Re: MDL-1586 -- In re Mutual Funds Investment Litigation

(See Attached Schedule CTO-2)

Dear Judges:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Judicial Panel on Multidistrict Litigation in this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Mecca Canton
Deputy Clerk

cc: (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1586

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 152 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___F.Supp.2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-2 - TAG ALONG CASES
# DOCKET NO. 1586
# IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT DIV. CIVIL ACTION#

**CALIFORNIA NORTHERN**
| | | | |
|---|---|---|---|
| CAN | 3 | 04-583 | Leo K.W. Lum v. Franklin Resources, Inc., et al. |
| CAN | 3 | 04-584 | Frederic Ian Fischbein, etc. v. Franklin Age High Income Fund, et al. |
| CAN | 3 | 04-598 | Catherine Dukes v. Franklin Age High Income Fund, et al. |
| CAN | 3 | 04-628 | Ryan Mcalvey, et al. v. Franklin Resources, Inc., et al. |
| CAN | 3 | 04-639 | Stephen Alexander v. Franklin Age High Income Fund, et al. |

**COLORADO**
| | | | |
|---|---|---|---|
| CO | 1 | 04-151 | Jonathan Gallo v. Invesco Funds Group, Inc., et al. |
| CO | 1 | 04-152 | Robert S. Ballagh, Jr. v. Invesco Funds Group, Inc., et al. |
| CO | 1 | 04-281 | Joel Goodman v. Invesco Funds Group, Inc., et al. |
| CO | 1 | 04-360 | Carl E. Vonder Haar, et al. v. Invesco Funds Group, Inc., et al. |

**DELAWARE**
| | | | |
|---|---|---|---|
| DE | 1 | 04-51 | Sylvia Volin, etc. v. Janus Capital Group, Inc., et al. |

**FLORIDA MIDDLE**
| | | | |
|---|---|---|---|
| FLM | 8 | 04-249 | Gisele Beer v. Franklin Age High Income Fund, et al. |

**KANSAS**
| | | | |
|---|---|---|---|
| KS | 2 | 04-2091 | Julie Parisi, etc. v. Marsh & McLennan Co., et al. |
| KS | 2 | 04-2092 | Julie Parisi, etc. v. Alliance Capital Management Holding, L.P., et al. |

**MASSACHUSETTS**
| | | | |
|---|---|---|---|
| MA | 1 | 04-10169 | Edward L. Segel, et al. v. Putnam Investment Management, Inc., et al. |
| MA | 1 | 04-10219 | Simon Denenberg, etc. v. Putnam Investment Management, Inc., et al. |
| MA | 1 | 04-10405 ✓ | Steven B. Ehrlich, etc. v. Columbia Acorn Fund, et al. |

**NEVADA**
| | | | |
|---|---|---|---|
| NV | 2 | 04-146 | Howard Jaffe v. Mutual Beacon Fund, et al. |
| NV | 2 | 04-154 | Jeffrey Bennett v. Daniel G. Calugar, et al. |

**NEW YORK EASTERN**
| | | | |
|---|---|---|---|
| NYE | 1 | 04-409 | Douglas A. Hinton, etc. v. Deutsche Bank AG, et al. |
| NYE | 2 | 03-6285 | Simon J. Denenberg v. Alliance Capital Management, LP, et al. |

**NEW YORK SOUTHERN**
| | | | |
|---|---|---|---|
| NYS | 1 | 03-8375 | Eileen Clancy v. Strong Advisor Common Stock, et al. |
| NYS | 1 | 03-8594 | Lori Weinrib v. Strong Financial Corp., et al. |
| NYS | 1 | 03-10305 | John Li, etc. v. John D. Carifa, et al. |
| NYS | 1 | 04-100 | Joan Gassisi v. AllianceBernstein Technology Fund, Inc., et al. |
| NYS | 1 | 04-259 | Jo-Anne R. Scheider v. AllianceBernstein Growth & Income Fund, Inc., et al. |
| NYS | 1 | 04-353 | Frank A. Wood, Jr. v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 04-481 | John R. Granelli, et al. v. The Charles Schwab Corp., et al. |
| NYS | 1 | 04-492 | Lori Weinrib v. Invesco Funds Group, Inc, et al. |
| NYS | 1 | 04-520 | Michael Smith v. Scudder 21st Century Growth Fund, et al. |
| NYS | 1 | 04-578 | Michael Malone v. Scudder 21st Century Growth Fund, et al. |
| NYS | 1 | 04-605 | John Driscoll v. Deutsche Bank AG, et al. |
| NYS | 1 | 04-687 | Mike Atassi v. Scudder 21st Century Growth Fund, et al. |

SCHEDULE OF ACTIONS (CTO-2) - DOCKET NO. 1586                                          PAGE 2 OF 2

DISTRICT  DIV. CIVIL ACTION#

| District | Div. | Civil Action# | Case |
|---|---|---|---|
| NYS | 1 | 04-713 | Eileen Clancy v. Invesco Advantage Health Sciences Fund, et al. |
| NYS | 1 | 04-915 | Scott Waldman v. Invesco Funds Group, Inc., et al. |
| NYS | 1 | 04-943 | Vincent Bommarito v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 04-1044 | First Derivative Traders v. Marsh & McLennan Companies, et al. |
| NYS | 1 | 04-1072 | Joanne Adams v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 04-1101 | Aaron Walker, et al. v. Scudder 21st Century Growth Fund, et al. |
| NYS | 1 | 04-1235 | Karen M. McKenna v. Scudder 21st Century Growth Fund, et al. |
| NYS | 1 | 04-1330 | Hugh Sharkey Ira/Ro v. Franklin Resources, Inc., et al. |
| NYS | 1 | 04-1331 | Mike Atassi v. Scudder 21st Century Growth Fund, et al. |
| NYS | 1 | 04-1603 | Alfred Doiron v. Scudder Advisor Funds, et al. |
| NYS | 1 | 04-1604 | Jimmy Chin v. Scudder 21st Century Growth Fund, et al. |

VERMONT

| VT | 1 | 04-23 | Kaveh S. Shahi, et al. v. Putnam Investments |

WISCONSIN EASTERN

| WIE | 2 | 03-1260 | Jeffrey W. Bader, et al. v. Strong Capital Management, Inc., et al. |
| WIE | 2 | 04-123 | Sarah Ross Trust, etc. v. Strong Financial Corp., et al. |

**INVOLVED JUDGES LIST (CTO-2)**
**DOCKET NO. 1586**
**IN RE MUTUAL FUNDS INVESTMENT LITIGATION**

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Richard M. Berman
U.S. District Judge
201 U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. P. Kevin Castel
U.S. District Judge
2260 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Charles N. Clevert, Jr.
U.S. District Judge
208 U.S. Courthouse
& Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Andre M. Davis
United States District Court
5B Edward A. Garmatz Federal Building
and United States Courthouse+
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Thomas P. Griesa
Senior U.S. District Judge
1630 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Charles S. Haight, Jr.
U.S. District Judge
U.S. Courthouse, Foley Square
New York, NY 10007

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Richard L. Holwell
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. John G. Koeltl
U.S. District Judge
1030 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Edward R. Korman
Chief Judge
U.S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Marcia S. Krieger
U.S. District Judge
U.S. District Court
Alfred A. Arraj U.S. Courthouse
901 19th Street, A941
Denver, CO 80294-3589

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Street
Kansas City, KS 66101-2436

Hon. Howard D. McKibben
U.S. District Judge
Bruce R. Thompson U.S. Courthouse
and Federal Building, Suite 804
400 South Virginia Street
Reno, NV 89501

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz Federal
Building & U.S. Courthouse
Baltimore, MD 21201-2690

Hon. J. Garvan Murtha
U.S. District Judge
U.S. District Court
P.O. Box 760
Brattleboro, VT 05302

Hon. Robert P. Patterson, Jr.
Senior U.S. District Judge
2550 U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Philip M. Pro
Chief Judge, U.S. District Court
7015 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Hon. Jed S. Rakoff
U.S. District Judge
1340 Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Patti B. Saris
U.S. District Judge
6130 John Joseph Moakley U.S.
Courthouse
One Courthouse Way
Boston, MA 02210-3002

Case 1:04-cv-10405-PBS   Document 5   Filed 04/05/2004   Page 6 of 6

INVOLVED JUDGES LIST (CTO-2) MDL-1586 (Cont.)   PAGE 2 OF 2

Hon. Gregory M. Sleet
U.S. District Judge
J. Caleb Boggs Federal Bldg.
844 North King Street
Lockbox 19
Wilmington, DE 19801

Hon. Frederick P. Stamp, Jr.
United States District Court
Post Office Box 791
Wheeling, WV 26003-0100

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. Leonard D. Wexler
Senior U.S. District Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Rya W. Zobel
U.S. District Judge
6110 U.S. Courthouse
One Courthouse Way
Boston, MA 02210