# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

FILED
IN CLERK'S OFFICE
2004 APR 2
U.S. DISTRICT
DISTRICT OF MASS.

April 21, 2004

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Re: MDL-1586 -- In re Mutual Funds Investment Litigation

(See Attached Schedule CTO-2)

Dear Ms. Cannon:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on April 5, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Becca Carter
Deputy Clerk

Attachments

cc:   Transferee Judges:   Judge J. Frederick Motz, Judge Andre M. Davis
                           Judge Frederick P. Stamp, Jr., Judge Catherine C. Blake
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 38

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
IN CLERK'S OFFICE

APR - 5 2004

2004 APR 26 P 1:02

FILED
CLERK'S OFFICE

DOCKET NO. 1586

U.S. DISTRICT COURT

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE MUTUAL FUNDS INVESTMENT LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-2)*

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 152 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___F.Supp.2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 1 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-2 - TAG ALONG CASES
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT  DIV.  CIVIL ACTION#

**CALIFORNIA NORTHERN**
| | | | |
|---|---|---|---|
| CAN | 3 | 04-583 | Leo K.W. Lum v. Franklin Resources, Inc., et al. |
| CAN | 3 | 04-584 | Frederic Ian Fischbein, etc. v. Franklin Age High Income Fund, et al. |
| CAN | 3 | 04-598 | Catherine Dukes v. Franklin Age High Income Fund, et al. |
| CAN | 3 | 04-628 | Ryan Mcalvey, et al. v. Franklin Resources, Inc., et al. |
| CAN | 3 | 04-639 | Stephen Alexander v. Franklin Age High Income Fund, et al. |

**COLORADO**
| | | | |
|---|---|---|---|
| CO | 1 | 04-151 | Jonathan Gallo v. Invesco Funds Group, Inc., et al. |
| CO | 1 | 04-152 | Robert S. Ballagh, Jr. v. Invesco Funds Group, Inc., et al. |
| CO | 1 | 04-281 | Joel Goodman v. Invesco Funds Group, Inc., et al. |
| ~~CO~~ | ~~1~~ | ~~04-360~~ | ~~Carl E. Vonder Haar, et al. v. Invesco Funds Group, Inc., et al.~~ Opposed 4/21/04 |

**DELAWARE**
| | | | |
|---|---|---|---|
| DE | 1 | 04-51 | Sylvia Volin, etc. v. Janus Capital Group, Inc., et al. |

**FLORIDA MIDDLE**
| | | | |
|---|---|---|---|
| FLM | 8 | 04-249 | Gisele Beer v. Franklin Age High Income Fund, et al. |

**KANSAS**
| | | | |
|---|---|---|---|
| KS | 2 | 04-2091 | Julie Parisi, etc. v. Marsh & McLennan Co., et al. |
| KS | 2 | 04-2092 | Julie Parisi, etc. v. Alliance Capital Management Holding, L.P., et al. |

**MASSACHUSETTS**
| | | | |
|---|---|---|---|
| MA | 1 | 04-10169 | Edward L. Segel, et al. v. Putnam Investment Management, Inc., et al. |
| MA | 1 | 04-10219 | Simon Denenberg, etc. v. Putnam Investment Management, Inc., et al. |
| MA | 1 | 04-10405 | Steven B. Ehrlich, etc. v. Columbia Acorn Fund, et al. |

**NEVADA**
| | | | |
|---|---|---|---|
| NV | 2 | 04-146 | Howard Jaffe v. Mutual Beacon Fund, et al. |
| NV | 2 | 04-154 | Jeffrey Bennett v. Daniel G. Calugar, et al. |

**NEW YORK EASTERN**
| | | | |
|---|---|---|---|
| NYE | 1 | 04-409 | Douglas A. Hinton, etc. v. Deutsche Bank AG, et al. |
| NYE | 2 | 03-6285 | Simon J. Denenberg v. Alliance Capital Management, LP, et al. |

**NEW YORK SOUTHERN**
| | | | |
|---|---|---|---|
| NYS | 1 | 03-8375 | Eileen Clancy v. Strong Advisor Common Stock, et al. |
| NYS | 1 | 03-8594 | Lori Weinrib v. Strong Financial Corp., et al. |
| NYS | 1 | 03-10305 | John Li, etc. v. John D. Carifa, et al. |
| NYS | 1 | 04-100 | Joan Gassisi v. AllianceBernstein Technology Fund, Inc., et al. |
| NYS | 1 | 04-259 | Jo-Anne R. Scheider v. AllianceBernstein Growth & Income Fund, Inc., et al. |
| NYS | 1 | 04-353 | Frank A. Wood, Jr. v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 04-481 | John R. Granelli, et al. v. The Charles Schwab Corp., et al. |
| NYS | 1 | 04-492 | Lori Weinrib v. Invesco Funds Group, Inc, et al. |
| NYS | 1 | 04-520 | Michael Smith v. Scudder 21st Century Growth Fund, et al. |
| NYS | 1 | 04-578 | Michael Malone v. Scudder 21st Century Growth Fund, et al. |
| NYS | 1 | 04-605 | John Driscoll v. Deutsche Bank AG, et al. |
| NYS | 1 | 04-687 | Mike Atassi v. Scudder 21st Century Growth Fund, et al. |

DISTRICT  DIV. CIVIL ACTION#

| | | | |
|---|---|---|---|
| NYS | 1 | 04-713 | Eileen Clancy v. Invesco Advantage Health Sciences Fund, et al. |
| NYS | 1 | 04-915 | Scott Waldman v. Invesco Funds Group, Inc., et al. |
| NYS | 1 | 04-943 | Vincent Bommarito v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 04-1044 | First Derivative Traders v. Marsh & McLennan Companies, et al. |
| NYS | 1 | 04-1072 | Joanne Adams v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 04-1101 | Aaron Walker, et al. v. Scudder 21st Century Growth Fund, et al. |
| NYS | 1 | 04-1235 | Karen M. McKenna v. Scudder 21st Century Growth Fund, et al. |
| NYS | 1 | 04-1330 | Hugh Sharkey Ira/Ro v. Franklin Resources, Inc., et al. |
| NYS | 1 | 04-1331 | Mike Atassi v. Scudder 21st Century Growth Fund, et al. |
| NYS | 1 | 04-1603 | Alfred Doiron v. Scudder Advisor Funds, et al. |
| NYS | 1 | 04-1604 | Jimmy Chin v. Scudder 21st Century Growth Fund, et al. |

VERMONT
  ~~VT     1    04-23          Kaveh S. Shahi, et al. v. Putnam Investments~~ Opposed 4/20/04

WISCONSIN EASTERN
| | | | |
|---|---|---|---|
| WIE | 2 | 03-1260 | Jeffrey W. Bader, et al. v. Strong Capital Management, Inc., et al. |
| WIE | 2 | 04-123 | Sarah Ross Trust, etc. v. Strong Financial Corp., et al. |

## INVOLVED COUNSEL LIST (CTO-2)
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

Jeffrey S. Abraham
60 East 42nd Street
Suite 4700
New York, NY 10165

Jeffrey S. Abraham
Abraham & Paskowitz
One Penn Plaza
Suite 1910
New York, NY 10119

G. Mark Albright
Albright, Stoddard, Warnick &
Palmer, P.C.
801 South Rancho Drive
Quail Park I, Building D-4
Las Vegas, NV 89106

Eugene Barash
Korein Tillery-St. Louis
701 Market Street
Suite 300
St. Louis, MO 63101

Eric J. Belfi
Rabin, Murray & Frank, LLP
275 Madison Avenue
34th Floor
New York, NY 10016

Jeffrey A. Berens
Dyer & Shuman, LLP
801 East 17th Avenue
Denver, CO 80218

Garrett D. Blanchfield Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Daniel H. Bookin
O'Melveny & Myers
275 Battery Street, 25th Floor
San Francisco, CA 94111

Nelson Boxer
Dechert LLP
30 Rockefeller Center
New York, NY 10112

Aaron L. Brody
Stull, Stull & Brody
6 East 45th Street
Suite 500
New York, NY 10017

Jules Brody
Stull, Stull & Brody
6 East 45th Street
Suite 500
New York, NY 10017

Janet A. Broeckel
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Michael L. Burak
Burak, Anderson & Melloni, PLC
30 Main Street
Suite 210
P.O. Box 787
Burlington, VT 05402-0787

Timothy J. Burke
Stull, Stull & Brody
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024

John C. Canoni
Kasowitz, Benson, Torres &
Friedman, LLP
1633 Broadway
21st Floor
New York, NY 10019

Henry A. Cirillo
The Furth Firm
225 Bush Street, 15th Floor
San Francisco, CA 94104-2303

Bruce E. Clark
Sullivan & Cromwell
125 Broad Street
28th Floor
New York, NY 10004-2498

Patrick V. Dahlstrom
Pomerantz, Haudek, Block, Grossman
& Gross
One North LaSalle Street
Suite 2225
Chicago, IL 60614

Robert J. Dyer, III
Dyer & Shuman, LLP
801 East 17th Avenue
Denver, CO 80218-1417

Robert L. Elliot
Robert Elliot Attorney Of Law
633 W Wisconsin Ave - Ste 1001
Milwaukee, WI 53203

John G. Emerson, Jr.
Emerson Poynter, LLP
P.O. Box 164810
Little Rock, AR 72216-4810

Adam W. Finerman
Lieff, Cabraser, Heimann & Bernstein
780 3rd Ave 48th Fl
New York, NY 10017-2024

Andrew S. Friedman
Bonnett, Fairbourn, Friedman &
Balint, P.C.
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012-3311

Jack G. Fruchter
Fruchter & Twersky
One Pennsylvania Plaza
Suite 1910
New York, NY 10119

David M. Furbush
O'Melveny & Myers
2765 Sand Hill Road
Mento Park, CA 94025

Nancy F. Gans
Moulton & Gans, P.C.
33 Broad Street
Suite 1100
Boston, MA 02109

Dario de Ghetaldi
Corey, Luzaich, Pliska De Ghetaldi &
Nastari
700 El Camino Real
P.O. Box 669
Milbrae, CA 94030-0669

Case 1:04-cv-10405-PBS   Document 6   Filed 04/21/2004   Page 6 of 10

INVOLVED COUNSEL LIST (CTO-2) MDL-1586 (Cont.)                                      Page 2 of 3

Lionel Z. Glancy
Glancy & Binkow
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Robert S. Green
Green, Fauth & Jigarjan, LLP
235 Pine Street
15th Floor
San Francisco, CA 94104

Frank N. Gundlach
Armstrong Teasdale, LLP
One Metropolitan Square
211 North Broadway
Suite 2600
St. Louis, MO 63102-2740

Marc S. Henzel
Law Offices of Marc S. Henzel
335 Central Avenue
Lawrence, NY 11559

Robert D. Hillman
Deutsch, Williams, Brooks, Derensis, et al.
99 Summer Street
13th Floor
Boston, MA 02110-1213

Christopher S. Hinton
Wolf, Haldenstein, Adler, Freeman & Herz, L.L.P.
270 Madison Avenue
New York, NY 10016

John L. Kirtley
Godfrey & Kahn
780 N. Water St.
Suite 1600
Milwaukee, WI 53202

Jeffrey S. Kruske
8000 Foster
Overland Park, KS 66204

Susan Lacava
Susan Lacava, S.C.
23 N. Pinckney
Suite 320
Madison, WI 53703

Andrew E. Lencyk
Wolf, Popper, Ross, Wolf & Jones, L.L.P.
845 Third Avenue
New York, NY 10022

Christopher J. Leopold
Stinson, Morrison, Hecker, LLP
1201 Walnut
Suite 2800
Kansas City, MO 64106-2150

Charles W. Lilley
Lilley & Garcia
1600 Stout Street
#1100
Denver, CO 80202

Matthew Maniscalco
Straus & Boies
129 C Street, Suite 6
Davis, CA 95616

Brian D. Martin
Blackwell, Sanders, Peper, Martin, LLP
1200 Main Street, Suite 1000
P.O. Box 41977
Kansas City, MO 64141

Edward T. McDermott
Pollack & Kaminsky
114 W. 47th Street
New York, NY 10036

Thomas J. McKenna
Gainey & Mckenna
485 Fifth Avenue
3rd Floor
New York, NY 10017

Eric John Moutz
Hogan & Hartson, LLP
One Tabor Center
1200 17th Street
Suite 1500
Denver, CO 80202

Sean M. Murphy
Clifford, Chance, Rogers & Wells
200 Park Avenue
New York, NY 10166

Klari Neuwelt
Law Office of Klari Neuwelt
110 East 59th Street, 29th Floor
New York, NY 10022

Jeffery M. Norton
Wechsler, Harwood, L.L.P.
488 Madison Avenue, 8th Floor
New York, NY 10022

Laurence D. Paskowitz
Paskowitz & Associates
60 East 42nd Street
Suite 4600
New York, NY 10165

Howard A. Pollack
Godfrey & Kahn
780 N. Water St., Suite 1600
Milwaukee, WI 53202

H. Adam Prussin
Pomerantz, Haudek, Block, Grossman & Gross
100 Park Avenue, 26th Floor
New York, NY 10017

David A. Rosenfeld
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747

Samuel H. Rudman
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747

Maya Susan Saxena
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
5355 Town Center Road
Suite 900
Boca Raton, FL 33486

Steven G. Schulman
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza
48th Floor
New York, NY 10119-0165

Denise Davis Schwartzman
Chimicles & Tikellis
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Peter E. Seidman
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

INVOLVED COUNSEL LIST (CTO-2) MDL-1586 (Cont.)                                    Page 3 of 3

Joseph R. Seidman, Jr.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016

David B. Shaev
Pomerantz, Haudek, Block, Grossman
& Gross
350 5th Ave - Ste 7210
New York, NY 10118

Kaveh S. Shahi
Cleary Shahi Associates, P.C.
110 Merchants Row
P.O. box 6740
Rutland, VT 05702-6740

Daniel F. Shea
Hogan & Hartson, LLP
One Tabor Center
1200 17th Street
Suite 1500
Denver, CO 80202

Sidney A. Stubbs, Jr.
Jones, Foster, Johnston & Stubbs
505 S. Flagler Drive
Suite 1100
P.O. Box 3475
West Palm Beach, FL 33402-3475

Roger P. Thomasch
Ballard, Spahr, Andrews & Ingersoll
1225-17th St.
Suite 2300
Denver, CO 80202

Stephen M. Tillery
Korein Tillery, LLC
St. Claire County
10 Executive Woods Court
Swansea, IL 62226-2030

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Catherine A. Torell
Cohen, Milestein, Hausfeld & Toll,
PLLC
150 East 52nd Stret
30th Floor
New York, NY 10022

Mary Frances Torpey
Chimicles & Tikellis
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Curtis V. Trinko
Law Offices of Curtis V. Trinko
16 West 46th Street
7th Floor
New York, NY 10036

Melvyn I. Weiss
Milberg Weiss Bershad Hynes &
Lerach, LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-1065

Anthony Zaccaria
Pollack & Kaminsky
114 West 47th Street
Suite 1900
New York, NY 10036

George A. Zelcs
Korein Tillery, LLC
Three First National Plaza
70 West Madison Street, Suite 660
Chicago, IL 60602

# INVOLVED JUDGES LIST (CTO-2)
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

FILED IN CLERK'S OFFICE
2004 APR 21 D

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Richard M. Berman
U.S. District Judge
201 U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. P. Kevin Castel
U.S. District Judge
2260 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Charles N. Clevert, Jr.
U.S. District Judge
208 U.S. Courthouse
& Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Andre M. Davis
United States District Court
5B Edward A. Garmatz Federal Building
and United States Courthouse+
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Thomas P. Griesa
Senior U.S. District Judge
1630 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Charles S. Haight, Jr.
U.S. District Judge
U.S. Courthouse, Foley Square
New York, NY 10007

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Richard L. Holwell
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. John G. Koeltl
U.S. District Judge
1030 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Edward R. Korman
Chief Judge
U.S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Marcia S. Krieger
U.S. District Judge
U.S. District Court
Alfred A. Arraj U.S. Courthouse
901 19th Street, A941
Denver, CO 80294-3589

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Street
Kansas City, KS 66101-2436

Hon. Howard D. McKibben
U.S. District Judge
Bruce R. Thompson U.S. Courthouse
and Federal Building, Suite 804
400 South Virginia Street
Reno, NV 89501

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz Federal
Building & U.S. Courthouse
Baltimore, MD 21201-2690

~~Hon. J. Garvan Murtha~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~P.O. Box 760~~
~~Brattleboro, VT 05302~~

Hon. Robert P. Patterson, Jr.
Senior U.S. District Judge
2550 U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Philip M. Pro
Chief Judge, U.S. District Court
7015 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Hon. Jed S. Rakoff
U.S. District Judge
1340 Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Patti B. Saris
U.S. District Judge
6130 John Joseph Moakley U.S.
Courthouse
One Courthouse Way
Boston, MA 02210-3002

Case 1:04-cv-10405-PBS   Document 6   Filed 04/21/2004   Page 9 of 10

INVOLVED JUDGES LIST (CTO-2) MDL-1586 (Cont.) PAGE 2 OF 2

Hon. Gregory M. Sleet
U.S. District Judge
J. Caleb Boggs Federal Bldg.
844 North King Street
Lockbox 19
Wilmington, DE 19801

Hon. Frederick P. Stamp, Jr.
United States District Court
Post Office Box 791
Wheeling, WV 26003-0100

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. Leonard D. Wexler
Senior U.S. District Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Rya W. Zobel
U.S. District Judge
6110 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**INVOLVED CLERKS LIST (CTO-2)**
**DOCKET NO. 1586**
**IN RE MUTUAL FUNDS INVESTMENT LITIGATION**

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James R. Manspeaker, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

~~Richard P. Wasko, Clerk~~
~~P.O. Box 945~~
~~Burlington, VT 05402~~

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Robert C. Heinemann, Clerk
U.S. District Court
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse
& Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Tony Anastas, Clerk
2300 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002