# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Northern Division Address

April 26, 2004

U.S. District Court
District of Massachusetts
U.S. Courthouse Ste 2300
One Courthouse Way
Boston, MA 02210-3002

MDL 1586
In re: Mutual Funds Investment Litigation
Your civil no 1:04-10405
Our civil no. 04-1285
Steven B. Ehrlich, etc  v Columbia Acorn Fund, et al

Dear clerk:

I am enclosing a certified copy of the Transfer Order from the Judicial Panel on Multi-district Litigation filed on April 23, 2004, in this court transferring the above entitled case to the District of Maryland.

***Pursuant to footnote 8 of the Panel's order partially suspending Rule 1.6(a) for this litigation, please forward only the docket sheet for each transferred action.***

Sincerely,

Felicia C. Cannon, Clerk


By: *Claudia Gibson*
Deputy Clerk

cc: Judge J. Frederick Motz
    Judicial Panel on Multi-district Litigation

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov